# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JORGE GOMEZ,**  :  <br>   Petitioner   : <br>   : <br> v.  : <br>   : <br> **WARDEN FCI ALLENWOOD,**  : <br>   Respondent  : | No. 1:20-cv-00455 <br><br> (Judge Kane) |

## ORDER

**AND NOW**, on this 20th day of May 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
